# Third District Court of Appeal

## State of Florida

Opinion filed May 8, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-2151
Lower Tribunal No. 19-9489
_____

**Raziel Ofer,**
Appellant,

vs.

**Opustone, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Raziel Ofer, in proper person.

Roniel Rodriguez IV, P.A., and Roniel Rodriguez IV, for appellee Roniel Rodriguez IV, P.A.

Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.